NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of I.S.C., a child. )
_____ )
                                 )
B.A.C., )
                                 )
        Appellant, )
                                 )
v. )                                Case No.    2D18-2233
                                 )
DEPARTMENT OF CHILDREN and )
FAMILIES and GUARDIAN AD LITEM )
PROGRAM, )
                                 )
        Appellees. )
_____ )

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Polk
County; Wm. Bruce Smith, Judge.

Ita M. Neymotin, Regional Counsel, and
Joseph Thye Sexton, Assistant Regional
Counsel, Bartow, for Appellant.

Meredith K. Hall, Children's Legal
Services, Bradenton, for Appellee
Department of Children and Families.

Jamie Billotte Moses of Holland & Knight
LLP, Orlando, and Thomasina Moore,
Sanford, for Appellee Guardian ad Litem
Program.


PER CURIAM.

Affirmed.

KELLY, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.